# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 5:15-cr-73-RLV |
| v. | ) | |
| CANDICE MARIE LOWE | ) | **ORDER** |

This matter is before the Court on the Motion of the United States of America to dismiss the charges against Defendant Candice Marie Lowe in the Bill of Indictment in the above-captioned case without prejudice.

It is hereby ordered that the motion be GRANTED and the charges against Defendant Candice Marie Lowe in the above-captioned Bill of Indictment be dismissed without prejudice.

Signed: March 2, 2017

Richard L. Voorhees
United States District Judge